# United States District Court
# Northern District of Illinois – CM/ECF NextGen 1.6.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:22–cv–02413

| | |
|---|---|
| Martinez v. Janssen Pharmaceuticals, Inc. et al | Date Filed: 05/06/2022 |
| Assigned to: Honorable Mary M. Rowland | Date Terminated: 05/18/2022 |
| Demand: $75,000 | Jury Demand: Both |
| Case in other court: Cook County Circuit Court, 2022L001201 | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Cause: 28:1332 Diversity–Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Jaime Martinez**   represented by   **Brian LaCien**
Smith LaCien, LLP
70 West Madison Street
Suite 2250
Chicago, IL 60602
(312) 509–8903
Email: blacien@smithlacien.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Janssen Pharmaceuticals, Inc.**   represented by   **Erin Marie Pauley**
Barnes & Thornburg, LLP
One North Wacker Drive
Ste 4400
Chicago, IL 60606
317–446–3097
Email: epauley@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Research & Development, LLC**   represented by   **Erin Marie Pauley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**   represented by   **Erin Marie Pauley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Janssen Ortho, LLC | | represented by **Erin Marie Pauley** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2022 | 1 | NOTICE of Removal from Cook County Circuit Court, Illinois, case number (2022L001201) filed by Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson Filing fee $ 402, receipt number AILNDC–19440132. (Attachments: # 1 Exhibit Exhibit A)(Pauley, Erin) (Entered: 05/06/2022) |
| 05/06/2022 | 2 | CIVIL Cover Sheet (Pauley, Erin) (Entered: 05/06/2022) |
| 05/06/2022 | 3 | ATTORNEY Appearance for Defendants Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson by Erin Marie Pauley (Pauley, Erin) (Entered: 05/06/2022) |
| 05/06/2022 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by All Defendants (Pauley, Erin) (Entered: 05/06/2022) |
| 05/09/2022 | | CASE ASSIGNED to the Honorable Mary M. Rowland. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. Case assignment: Random assignment. (ey, ) (Entered: 05/09/2022) |
| 05/09/2022 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (ph, ) (Entered: 05/09/2022) |
| 05/09/2022 | 5 | MAILED notice of removal letter to counsel of record via email. (ph, ) (Entered: 05/09/2022) |
| 05/13/2022 | 6 | MOTION by Defendants Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson for extension of time to file response/reply *to Plaintiff's Complaint* (Attachments: # 1 Exhibit Exhibit 1 – Proposed Order)(Pauley, Erin) (Entered: 05/13/2022) |
| 05/17/2022 | 7 | MINUTE entry before the Honorable Mary M. Rowland: Defendants' joint motion for an extension of time to file responsive pleading 6 is granted. The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended until 14 days after the JPML enters an order on the pending motion to transfer. Defendants shall file a status report regarding the transfer by 6/24/22, if the case has not already transferred. Mailed notice. (dm, ) (Entered: 05/17/2022) |
| 05/18/2022 | 8 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to District of New Jersey. (aee, ) (Entered: 05/18/2022) |
| 05/18/2022 | | Civil Case Terminated pursuant to MDL (2750) Conditional Transfer Order filed 05/18/2022. (aee, ) (Entered: 05/18/2022) |
| 05/18/2022 | 9 | TRANSFERRED to the District of New Jersey, the electronic record. (aee, ) (Entered: 05/18/2022) |