IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LEDA D. WETTRE |

**THIS DOCUMENT RELATES TO:**

*Jaime Martinez v. Janssen Pharmaceuticals, Inc., et al.*
**Civil Action No. 2:22-cv-2917**

## ORDER

**THIS MATTER** having been opened to the Court by Barnes and Thornburg LLP, counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, and Johnson & Johnson for an Order to Show Cause relating to Plaintiff's failure to produce records and other documents, as required by Administrative Order 1, by or on January 30, 2023, and having entered an Order to Show Cause on January 27, 2023 to which Plaintiff did respond, and for good cause shown,

**IT IS** on this 31st day of January, 2023,

**ORDERED** that pursuant to Administrative Order 1 and the January 27, 2023 Order, Plaintiff's Complaint is dismissed with prejudice and the matter shall be marked closed.

_____
Hon. Brian R. Martinotti, U.S.D.J.